# UNITED STATES DISTRICT COURT

for the

| Southern | **DISTRICT OF** | Texas |
| --- | --- | --- |

United States of America ) Case No: **4:25-cr-0051**
v. )
)
)
DAVID LAM )
)
)
)

## WAIVER OF INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: **03. 07. 2025**

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

GUS A. SAPER
*Printed name of defendant's attorney*

_____
*Judge's signature*

Yvonne Y. Ho, U.S. Magistrate Judge
*Judge's printed name and title*